## Harry Baldi and Emma Baldi, Appellee, v. Sol Kurtz, Appellant.

### Gen. No. 45,782.

Abram Holtzblatt and Daniel Karlin, for appellant; Harvey M. Adams, for appellee. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full. Opinion filed December 8, 1952; released for publication December 23, 1952.